686

No. 245. COBLE ET AL. *v.* FEDERAL LAND BANK. October 11, 1937. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit, and motion for leave to proceed further *in forma pauperis,* denied. *Mr. Jacob Halper* for petitioners. No appearance for respondent.

No. 246. BEAMESDERFER *v.* FIRST NATIONAL BANK & TRUST Co. October 11, 1937. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit, and motion for leave to proceed further *in forma pauperis,* denied. *Mr. Jacob Halper* for petitioner. No appearance for respondent.

No. 247. HOSSLER ET AL. *v.* PENNSYLVANIA JOINT STOCK LAND BANK. October 11, 1937. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit, and motion for leave to proceed further *in forma pauperis,* denied. *Mr. Jacob Halper* for petitioners. *Mr. George B. Johnson* for respondent.

No. 248. SHREINER ET AL. *v.* FARMERS' TRUST Co. October 11, 1937. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit, and motion for leave to proceed further *in forma pauperis,* denied. *Mr. Jacob Halper* for petitioners. No appearance for respondent.

No. 338. LANG *v.* WOOD ET AL. October 11, 1937. Petition for writ of certiorari to the Court of Appeals for the District of Columbia, and motion for leave to proceed further *in forma pauperis,* denied. *Mr. Percy Lang, pro se.* No appearance for respondents.